ORIGINAL

MICHAELSON, SUSI & MICHAELSON
A Professional Corporation
ATTORNEYS AT LAW
SEVEN WEST FIGUEROA STREET, SECOND FLOOR
SANTA BARBARA, CALIFORNIA 93101-3191
Telephone: (805) 965-1011
Facsimile: (805) 965-7351

Peter Susi, Bar No. 62957

(SPACE BELOW FOR FILING STAMP ONLY)



ENTERED MAR 23 2010

Attorneys for Ninn Worx SR, Inc.



# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

In re

FRANCES MICHAEL FITZGERALD,

Debtor.

_____

FRANCES MICHAEL FITZGERALD
f/k/a MICHAEL NINN,

Plaintiff,

vs.

NINN WORX SR, INC., a
Delaware Corporation and John
L. Gray, an individual,

Defendants.

BK No. ND 09-12110-RR

Chapter 7

ADV. NO. 09-01334-RR

ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS COMPLAINT

Date:  March 17, 2010
Time:  10:00 a.m.
Place: 1415 State Street
       Courtroom 201
       Santa Barbara, CA

Upon the motion of Defendants Ninn Worx SR, Inc. and John L. Gray, and after proper notice, a hearing was held before this Court at the time and place set forth above. Peter Susi of Michaelson, Susi & Michaelson, a Professional Corporation,

-1-

1  appeared for Defendants.  Frances Michael Fitzgerald
2  ("Fitzgerald") appeared *in pro per.*
3      The Court having considered the motion and response
4  thereto, and having determined that the claims and causes of
5  action asserted by Fitzgerald are the same claims which have
6  been previously dismissed with prejudice in other actions
7  between Fitzgerald and Defendants as enumerated in the motion,
8  and that said claims are owned by Chapter 7 Trustee, Jerry
9  Namba, and having been settled and released by him, and for all
10 the other reasons set forth on the record at the hearing on a
11 related matter in this case regarding these same claims on
12 February 18, 2010, at 10:00 a.m., and good cause appearing, it
13 is,
14     ORDERED that the Defendants' motion is granted and this
15 entire action is dismissed with prejudice.
16     DATED:  March **20**, 2010.

*[signature]*
UNITED STATES BANKRUPTCY JUDGE

-2-

| In re:<br>FRANCES MICHAEL FITZGERALD<br><br>Debtor(s). | CHAPTER 7<br>CASE NUMBER 9:09-BK-12110-RR<br>Adv. No. 9:09-ap-01334-RR |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 7 West Figueroa Street, Second Floor, Santa Barbara, California 93101.

The foregoing document described _____ ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COMPLAINT will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____ March 18, 2010 _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ March 18, 2010 _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Via Personal Delivery
The Honorable Robin Riblet
U.S. Bankruptcy Court
1415 State Street
Santa Barbara, CA  93101

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 18, 2010 | Cheryl Niccoli | *(signature)* Cheryl Niccoli |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                             **F 9013-3.1**

SERVED BY U.S. MAIL

Frances Michael Fitzgerald
1335 American Way
Nipomo, CA 93444

William C. Beall
Beall & Burkhardt
1114 State Street, Suite 200
Santa Barbara, CA 93101

Jerry Namba
625 East Chapel Street
Santa Maria, CA 93454

| In re:                       | CHAPTER 7                              |
|------------------------------|----------------------------------------|
| FRANCES MICHAEL FITZGERALD   | CASE NUMBER 9:09-BK-12110-RR           |
| Debtor(s).                   | Adv. No. 9:09-ap-01334-RR              |

### NOTE TO USERS OF THIS FORM:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING DEFENDANTS' MOTION TO DISMISS COMPLAINT _____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ____March 18, 2010____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                    **F 9021-1.1**

SERVED ELECTRONICALLY

Brian D. Fittipaldi   brian.fittipaldi@usdoj.gov
Jerry Namba   jnambaepiq@earthlink.net, jnamba@ecf.epiqsystems.com
Peter Susi   cheryl@msmlaw.com, peter@msmlaw.com
United States Trustee (ND)   ustpregion1y6.nd.ecf@usdoj.gov


SERVED BY U.S. MAIL

Frances Michael Fitzgerald
1335 American Way
Nipomo, CA 93444

William C. Beall
Beall & Burkhardt
1114 State Street, Suite 200
Santa Barbara, CA 93101