# UNITED STATES BANKRUPTCY COURT
## *Central District Of California*

| Debtor(s) Name | For Court Use Only |
|---|---|
| **Plaintiff**<br><br>Frances Michael Fitzgerald<br><br>**Defendant**<br><br>Ninn Worx Sr Inc, a Delaware Corp | **FILED**<br><br>**June 4, 2010**<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY DCH DEPUTY CLERK |
| **Chapter:** 7<br><br>**Case Number:** 9:09–bk–12110–RR<br><br>**Adversary Number:** 9:09–ap–01334–RR | # ORDER CLOSING ADVERSARY PROCEEDING |

*The complaint filed in the above case has been disposed of and is no longer pending due to either the dismissal of the main case or the entry of a judgment in the Adversary Proceeding. Since it appears that no further matters are required that this adversary proceeding remain open, it is ordered that the adversary proceeding is closed.*

*Dated: 6/4/10*

*By Order of the United States Bankruptcy Court*

**Kathleen J. Campbell**
*Clerk of Court*

12/ DCH